GAY CROSTHWAIT GRUNFELD – 121944
BLAKE THOMPSON – 255600
VAN SWEARINGEN – 259809
ROSEN BIEN GALVAN & GRUNFELD LLP
50 Fremont Street, 19th Floor
San Francisco, California 94105-2235
Telephone:   (415) 433-6830
Facsimile:    (415) 433-7104
Email:          ggrunfeld@rbgg.com
                     bthompson@rbgg.com
                     vswearingen@rbgg.com

Attorneys for Plaintiffs

FILED
JAN -7 2016
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
         DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| MICHAEL S. BERMAN and DARRELL B. STAPP,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>EDMUND G. BROWN, JR., Governor of California, and JEFFREY A. BEARD, Secretary of the California Department of Corrections and Rehabilitation, in their official capacities, and DOES 1-10,<br><br>　　　　　Defendants. | Case No. 2:15-cv-01722-MCE-KJN<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE FEE APPLICATION**<br><br>Judge:   Hon. Morrison C. England, Jr.<br>Crtrm.:  7, 14th Floor<br><br>Trial Date:   None Set |

WHEREAS, the Court entered its Order Granting Summary Judgment for Plaintiffs Michael S. Berman and Darrell B. Stapp (Dkt. No. 41) on December 15, 2015; and

WHEREAS, Federal Rule of Civil Procedure 54 and Local Rule 293(a) require submission of an application for attorneys' fees and costs within 28 days; and

WHEREAS, the parties to the above-captioned case, through their counsel of record, have agreed to a 60-day extension of time in which to submit an application for attorneys' fees and costs;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the parties, through their counsel of record, that Plaintiffs shall have an extension of time up to and including March 12, 2016, in which to submit an application for attorneys' fees and costs. By entering into this stipulation, Defendants do not waive their right to appeal or the right to object to costs or attorneys' fees.

IT IS SO STIPULATED.

DATED: January 4, 2016        ROSEN BIEN GALVAN & GRUNFELD LLP

By: */s/ Gay Crosthwait Grunfeld*
    Gay Crosthwait Grunfeld

Attorneys for Plaintiffs

DATED: January 4, 2016        KAMALA D. HARRIS
                              Attorney General of California

By: */s/ Martine N. D'Agostino*
    Martine N. D'Agostino
    Deputy Attorney General

Attorneys for Defendants
Edmund G. Brown Jr. and Jeffrey A. Beard, Ph.D.

---

1

STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE FEE APPLICATION

# ORDER

The Court, having reviewed the above stipulation of the parties, and good cause appearing, hereby orders that the deadline for Plaintiffs to file their application for attorneys' fees and costs is hereby extended up to and including March 12, 2016.

IT IS SO ORDERED.

DATED: January 7, 2016

_____
John A. Mendez for Judge England